## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Lucas Nunes Rodrigues**

    v.                                    Case No. 25-cv-493-PB-TSM

**FBI Berlin, Warden, et al.**

## ORDER

Lucas Nunes Rodrigues filed a petition for a writ of habeas corpus on December 1, 2025, contesting his detention and requesting, inter alia, a bond hearing. See Doc. 1. At a status conference held on December 9, 2025, the parties agreed to proceed by motion on Rodrigues's entitlement to a bond hearing. The allegations in Nunes Rodrigues's petition suggest that he may be a member of the class certified in Guerrero Orellana v. Moniz and therefore be entitled to the declaratory and injunctive relief prescribed by that court. See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025).

The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and

set appropriate terms and conditions of the petitioner's release during the

pendency of his removal proceedings.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

December 22, 2025

cc:    Counsel of Record

2