UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Lucas Nunes Rodrigues</u>

     v.                                             Case No. 25-cv-493-PB-TSM

<u>FCI Berlin, Warden, et al.</u>

**ORDER**

Lucas Nunes Rodrigues filed the instant petition for a writ of habeas corpus on December 1, 2025. <u>See</u> Doc. 1. I subsequently ordered the government to show cause why I should not grant Nunes Rodrigues's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in <u>Guerrero Orellana v. Moniz</u> and his similarity to the petitioner granted similar relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 6 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025)); Doc. 7 (citing No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

While preserving its rights to appeal both those decisions and their application writ large to petitioners located within this Court's jurisdiction, the government concedes that Nunes Rodrigues meets the criteria for membership in the <u>Guerrero Orellana</u> class and would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here.

See Doc. 8. Accordingly, both because I am bound by the class-wide relief issued in Guerrero Orellana and because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Nunes Rodrigues a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions of Nunes Rodrigues's release during the pendency of his removal proceedings myself.

  SO ORDERED.

               /s/ Paul Barbadoro
               Paul J. Barbadoro
               United States District Judge

January 5, 2026

cc: Counsel of Record