# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Lucas Nunes Rodrigues**

    v.                                                        Case No. 25-cv-493-PB-TSM

**FCI Berlin, Warden, et al.**

## ORDER

On January 5, 2026, I ordered the government to afford Lucas Nunes Rodrigues a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. Doc. 9. The parties are hereby ordered to file a status report within fourteen days that advises whether Nunes Rodrigues received a bond hearing as ordered, and if so, its disposition. If he did receive a bond hearing, he is to contemporaneously show cause why I should not dismiss his petition. If he did not, the government is to identify his status in the report.

SO ORDERED.

                                                  /s/ Paul Barbadoro
                                                  Paul J. Barbadoro
                                                  United States District Judge

February 18, 2026

cc: Counsel of Record