UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Lucas Nunes Rodrigues</u>

     v.                                              Case No. 25-cv-493-PB-TSM

<u>FCI Berlin, Warden, et al.</u>

## ORDER

On February 18, 2026, I directed the government to file a status report indicating whether Lucas Nunes Rodrigues received a bond hearing as ordered. Doc. 10; <u>see</u> Doc. 9. If so, I further directed Nunes Rodrigues to contemporaneously show cause why his petition should not be dismissed. Doc. 10. In its status report filed March 4, 2026, the government indicates that he received a bond hearing and was denied bond. Doc. 11. Nunes Rodrigues has not responded to my order, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                                    /s/  Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    United States District Judge

March 5, 2026

cc:     Counsel of Record